UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL S. ZUMMER,** | * | **CIVIL ACTION NO. 17-7563** |
| **PLAINTIFF,** | * | **SECTION: "J" (2)** |
| **V.** | * | |
| | | **JUDGE: BARBIER** |
| **JEFFREY S. SALLET, ET AL.,** | * | |
| **DEFENDANTS.** | * | **MAGISTRATE: WILKINSON** |
| *    *    *    *    *    *    *    * | | |

## **OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS**

**NOW INTO COURT**, through the undersigned counsel, come Defendant the Federal Bureau of Investigation; and Defendants Jeffrey S. Sallet, David M. Hardy, Laura A. Bucheit, Michelle Ann Jupina, and Valerie Parlave, as sued in their official capacities, who, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully move this Honorable Court to dismiss the claims asserted by Plaintiff Michael Zummer in the Complaint against them.

All of the constitutional claims asserted by Plaintiff Zummer in Counts One and Two of his Complaint arise from Zummer's federal employment. The Civil Service Reform Act precludes judicial review of such claims. Count Two's challenge to the decision to suspend Zummer's security clearance and his resulting suspension from FBI employment is further not subject to judicial review because the decision to suspend Zummer's security clearance was committed by law to the discretion of the FBI. For these reasons, the Court lacks subject matter jurisdiction over the claims asserted in Counts One and Two, and both claims fail under Federal Rule of Civil Procedure 12(b)(1). Count One and Count Two also fail under Rule 12(b)(6) because neither count states a claim for the violation of a First Amendment right.

**WHEREFORE**, for these reasons and for the reasons stated in the accompanying memorandum in support of this motion, Defendant the Federal Bureau of Investigation; and Defendants Jeffrey S. Sallet, David M. Hardy, Laura A. Bucheit, Michelle Ann Jupina, and Valerie Parlave, in their official capacities, respectfully request that the Court grant their motion and dismiss all claims in the Complaint.

Dated: January 11, 2018

        Respectfully Submitted,

        CHAD READLER
        Acting Assistant Attorney General

        DUANE A. EVANS
        Acting United States Attorney

        C. SALVATORE D'ALESSIO
        Director, Torts Branch

        RICHARD MONTAGUE
        Senior Trial Counsel

        /s/ *Glenn S. Greene*
        GLENN S. GREENE
        (New York State Bar No. 2674448)
        Senior Trial Attorney
        U.S. Department of Justice, Civil Division
        Constitutional and Specialized Tort Litigation
        P.O. Box 7146, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-4143
        Fax: (202) 616-4314
        Email: Glenn.Greene@usdoj.gov

        Attorneys for Defendant the Federal Bureau
        of Investigation, and Defendants Sallet,
        Hardy, Bucheit, Jupina, and Parlave, in their
        official capacities

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first class United States mail, postage prepaid on this 11th day of January, 2018.

/s/<u>Glenn S. Greene</u>