UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ZUMMER | CIVIL ACTION |
| VERSUS | NO: 17-7563 |
| JEFFREY SALLET, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Ex Parte Motion to Substitute Counsel of Record* **(Rec. Doc. 79)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the docket be modified to reflect that Meredith S. Grabill (La. Bar. No. 35484) is withdrawn as counsel of record for the Plaintiff and Daniel Centner (La. Bar. No. 33055) is hereby substituted as counsel of record for the Plaintiff.

New Orleans, Louisiana, this 19th day of June, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE