UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL ZUMMER                                              CIVIL ACTION

VERSUS                                                              NO: 17-7563

JEFFREY SALLET, ET AL.                                     SECTION: "J"(2)

## ORDER

Considering the *Joint Motion to Extend Scheduling Order Deadlines* **(Rec. Doc. 81)**,

**IT IS HEREBY ORDERED** that the Joint motion is **GRANTED**. The deadlines in the March 1, 2019 Scheduling Order are hereby **CONTINUED** for an additional 90 days.

New Orleans, Louisiana, this 19th day of August, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE