UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL S. ZUMMER, | CIVIL ACTION NO. 17-7563 |
| Plaintiff, | SECTION: "J" (2) |
| v. | |
| JEFFREY S. SALLET, ET AL., | JUDGE: BARBIER |
| Defendants. | MAGISTRATE: CURRAULT |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply in Further Support of Motion to Compel Production of Documents ("Motion for Leave") filed by Plaintiff Michael S. Zummer ("Plaintiff");

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave is **GRANTED**. The Clerk of Court is directed to file Plaintiff's Reply into the record in this matter.

New Orleans, LA, this 13th day of July, 2020.

_____
Donna Phillips Currault
United States Magistrate Judge