

Sort by: Relevance

Filter by:

ALL    ELIGIBLE TO PRACTICE    NOT ELIGIBLE TO PRACTICE    NON-PRACTICING ▼    INACTIVE

DECEASED ▲



Download vCard ⬇
Tel: 540-868-4500 ☎

### ▼ DAVID M. 'DAVID' HARDY

**FBI**

**Primary Practice Location:** Washington Dc, DC

935 Pennsylvannia Ave Nw
Washington Dc, DC 20535

**Practice Areas:** Government/Administrative

*Full profile >*

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Access to this site is authorized for public use only. Any

We use cookies to analyze our traffic and enhance functionality. More Information

AGREE