UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL S. ZUMMER,

         Plaintiff,

    v.

JEFFREY S. SALLET, ET AL.,

         Defendant.

Civil No. 17-0563-CJB-DPC

**DECLARATION OF JEFFREY B. VELTRI,
ACTING SPECIAL AGENT IN CHARGE, NEW ORLEANS DIVISION,
FEDERAL BUREAU OF INVESTIGATION**

I, Jeffrey B. Veltri, hereby state and declare as follows, pursuant to 28 U.S.C. § 1746:

1.     I am an Assistant Special Agent in Charge (ASAC) of the New Orleans Division of the Federal Bureau of Investigation. In this role, I act on occasion as the Special Agent in Charge (SAC) when the New Orleans field office's SAC is absent or otherwise unavailable to fulfill his duties. I am serving in my capacity as Acting SAC at the time of executing this declaration.

2.     I have been the New Orleans ASAC since April 2019. In my nearly 20 years with the FBI, I have worked on international and domestic terrorism and intelligence matters. My experience also includes working on criminal, civil rights, and public corruption investigations. Prior to being employed with he FBI, I was a public defender in Broward County, Florida.

3.     This Declaration is based upon my personal knowledge, upon information provided to me in my official capacity, including information obtained in consultations with the FBI's Office of the General Counsel, and upon conclusions and determinations reached and made in accordance therewith. Although I was not personally involved with the matters

1

involving Michael Zummer, I have reviewed the documents in dispute with FBI counsel and had an opportunity to ask questions about them.

4.     I was provided with a copy of the Plaintiff's Complaint and I am familiar with the allegations therein. I also reviewed Plaintiff's Motion to Compel and I am aware Plaintiff seeks an order to remove the redactions on the documents filed as Exhibit A to Plaintiff's Motion.

5.     I understand that, before the FBI produced documents in this case, the FBI's Discovery Unit (DU), under FBI attorney supervision, conducted a line-by-line review of each page to ensure the FBI released the maximum amount of information possible without compromising privileged or other protected information. A line-by-line review is a burdensome manual task where the assigned employee is responsible for reviewing every word on every page of a document, looking for any privileged or protected information, which also includes recognizing that information on one page that normally does not qualify as privileged or protected information on its own could be privileged or protected when combined with information from another page of the document. The DU is also responsible for redacting information covered by various government privileges or other protection to protect attorney-client privileged communications, attorney work product, deliberative process information, classified information, FBI informants, grand jury material, personal identifiers, and other information. Only after this careful review with appropriate redactions supporting the assertion of privileges or protection may information be released outside of the FBI.

6.     A DU deletion code sheet, identifying and setting forth a brief explanation of these codes, generally appears as the first page in each volume of documents processed by DU for release to parties in litigation.

7.      I have reviewed Exhibit A to Plaintiff's Motion to Compel, including the underlying information the FBI redacted.  I have been advised that, for purposes of his current motion, Plaintiff does not challenge the FBI's redaction of the names of some of its employees or the names of employees with the U.S. Attorney's Office for the Eastern District of Louisiana, but rather challenges the redaction of the substantive contents of e-mails and other documents.

8.      The FBI created the documents at issue in Exhibit A when responding and reacting to Plaintiff's interest in transmitting one or more letters to Judge Kurt Engelhardt and the media regarding the sentencing of former district attorney Harry Morel.  The redactions challenged by Plaintiff all concern either: (1) communications between FBI employees and executives and attorneys within FBI and the U.S. Attorney's Office for the Eastern District of Louisiana in which these attorneys respond to requests for legal advice from FBI executives and employees; (2) written or oral materials prepared by or for government attorneys in the course of providing the FBI with legal representation, especially in preparation for litigation; or (3) pre-decisional deliberations among government attorneys, executives, and other employees regarding how to respond to plaintiff's desire to contact Judge Engelhardt and the media.  Many pages contain all three of these categories of highly sensitive and privileged or protected information.

9.      Revealing the redacted portions of these documents could harm attorney-client communications within the FBI and the Department of Justice in at least two ways.  First, disclosure would chill FBI employees and executives from seeking attorney advice if FBI employees, criminal defendants, or others who are the subjects of that advice can learn the contents of both the requests for advice and the contents of the advice given.  Due to this fear, employees and executives could elect not to seek legal advice in sensitive or controversial

matters, therefore depriving FBI employees or leaders of important guidance needed to help them comply with their legal obligations.

10.     Second, the candor and quality of any legal advice provided by government attorneys would likely be affected if this advice were subject to disclosure, particularly if disclosed to the very subjects of the matter on which the advice was sought. Government attorneys may opt not to provide certain opinions or may withhold the bases or rationales for certain opinions, having the consequence of limiting key information FBI employees and executives would need to help them to comply with the law. The more complex, controversial, or sensitive the issue involved, the more pressure attorneys may feel to exercise undue caution, thus hindering their ability to provide quality legal advice precisely when it is needed most.

11.     These dual concerns apply equally with respect to attorney work product. It would hinder the FBI's ability to receive legal support from FBI OGC and US Attorneys' offices if government attorneys are aware that written or oral materials they prepare in the course of legal representation could become discoverable by opponents in future litigation.

12.     Finally, these concerns apply to internal deliberations, particularly with respect to how the FBI responds to cases like this one, involving employee requests to publicize information obtained during their FBI employment. If FBI attorneys, executives, and employees responsible for considering such requests are aware that their pre-decisional communications will be subject to disclosure, it will chill these attorneys', executives', and employees' ability to have candid communications. Due to this fear, FBI officials may elect not to make needed recommendations regarding FBI employees' interests in publicizing FBI information, or may fail to provide important information necessary to the rendering of appropriate final decisions.

13.      As reflected in Exhibit A to plaintiff's Motion to Compel, the FBI has provided to Plaintiff redacted documents, including e-mails spanning from approximately the spring of 2016 to spring of 2017 in which FBI employees and executives sought and obtained legal advice and deliberated regarding how to respond to Plaintiff's interest in transmitting one or more letters to Judge Kurt Engelhardt and the media regarding the sentencing of former district attorney Harry Morel.

14.      Rather than refuse to provide any information from these documents, the FBI provided carefully redacted pages.  Attached to this declaration is a log that provides additional information regarding the information redacted from the documents contained in Exhibit A to plaintiff's Motion to Compel.

15.      As explained above, the redactions protect attorney-client discussions, attorney work product, and deliberative process information.

16.      Accordingly, based upon my personal consideration of the matter, I have concluded that disclosure of the redacted information could reasonably be expected to harm to the FBI's ability to effectively carry out its operations.

Executed on this 8th day of December 2020.

JEFFREY B. VELTRI
Acting Special Agent in Charge
New Orleans Division
Federal Bureau of Investigation

5

Exhibit 1
FBI Privilege Log
Zummer v. Sallet, et al., Case No. 17-7563

| Bates Number | Privilege | Date | To/From/CC/BCC | Description of Privileged Contents |
|---|---|---|---|---|
| AR000003 | P,I,K,L,S | 12/28/2016 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt and discussing prepublication review process, including providing draft email response, and inviting client input |
| AR000009 | P,K,L | 08/23/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) | Email chain forwarding August 12, 2016 email from SA Zummer to FBI.PREPUB and others, and discussing RMD response, including redactions of privileged or non-public information, and requesting information regarding criminal litigation |
| AR0000017 | P,K,L,S | 12/28/2016 | From: CDC-NO (ATTY)<br><br>To/Including: AUSA-USALAE (ATTY), | Email re: redactions to letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information, and requesting input |
| AR00000101 | P,K,L | 09/15/2016 | From: USA Kenneth Polite (ATTY)<br><br>To/Including: AUSAs-USALAE (ATTYs), CDC-NO (ATTY), AGC-CLU (ATTY) | Email re: Judge Engelhardt's decision regarding communications from SA Zummer, and discussing future plans for legal case |
| AR00000258-AR00000259 | P,I,K,L,S | 12/28/2016 | From: CDC-NO (ATTY)<br><br>To/Including: AUSAs-USALAE (ATTYs), USA Polite (ATTY), SAC Sallet | Email chain re: planned responses to letter drafted by SA Zummer to Judge Engelhardt, including discussions of timing and redactions including redactions of privileged or non-public information |
| AR00000651-AR00000652 | P,K,L | 01/09/2017 | From: CDC-NO (ATTY)<br><br>To/Including: SAC Sallet, AUSAs-USALAE (ATTYs), USA Polite (ATTY) | Email chain re: proposed redactions in response to letter drafted by SA Zummer to Judge Engelhardt, and discussing privilege log for use in criminal proceeding |

| AR00000999 - AR000001000 | P,K,L | 08/12/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASC-RMD | Email chain forwarding August 12, 2016 email from SA Zummer to FBI.PREPUB and others, and discussing RMD response, and requesting information. Also references sentencing in criminal proceeding and separate misconduct matter. |
|---|---|---|---|---|
| AR000001067 | P,I,K,L | 12/28/2016 | From: CDC-NO (ATTY)<br><br>To/Including: SAC Sallet | Email forwarding draft message for AUSA-USALAE (ATTY), and discussing redactions to letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information and requesting input |
| AR000001268 | P,I,K,L | 04/18/2019 | From: CDC-NO (ATTY)<br><br>To/Including: UC-IMD, GOV'T INFO SPCLST-IMD | Email chain re: redactions to letter drafted by SA Zummer to Judge Engelhardt, and discussing timeline for a decision and response, including redactions of privileged or non-public information |
| AR000001434 | P,K,L | 01/26/2017 | From: AUSA-USALAE (ATTY)<br><br>To/Including: CDC-NO (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response including redactions of privileged or non-public information |
| AR00001460- AR00001461 | P,K,I | 08/16/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASC-RMD , GOV'T INFO SPCLSTs-RMD, ADC-NO (ATTY), SC Hardy, SAC Sallet | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information and potential impact on pending criminal proceedings |
| AR000001518 | P,K | 09/09/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) | Email forwarding appeal denial and providing status update |
| AR000001683- AR000001687 | P,K,I,L, | 09/23/2016 | From: UC-ELU (ATTY)<br><br>To/Including: CDC-NO (ATTY), ASAC-NO, SAs-NO, GOV'T INFO SPCLSTs-RMD, DGC LitB Gregory Brower (ATTY) | Email chain re: draft response regarding SA Zummer's ability to share FBI information with outside legal counsel |

| AR000001708 | P,K,I,L | 12/09/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASC-RMD, ASAC-NO, SAC Sallet, | Email chain forwarding letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including legal grounds for redactions and First Amendment issues |
|---|---|---|---|---|
| AR000001741<br>AR000001742 | P,K,I,L | 12/09/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including legal grounds for redactions and First Amendment issues |
| AR000001744 | P,K,I,L | 12/09/2016 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY), ASC-RMD, ASAC-NO | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response including redactions of privileged non-public information |
| AR000001761 | P,K,L,I | 12/23/2016 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY), ASAC-NO, ASC-RMD, | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response including redactions of privileged or non-public information and the need to coordinate with the USALAE |
| AR000001767 | P,K,L,I | 01/09/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) , SAC Sallet, ASAC-NO | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information |
| AR000001770 | PK,I,S | 11/29/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including legal grounds for redactions and First Amendment issues |
| AR000001772 | P,K | 01/25/2017 | From: ASC-RMD<br><br>To:/Including: CDC-NO (ATTY) | Email re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response including timing |
| AR000001802 | P,K,I | 03/17/2017 | From: CDC-NO (ATTY)<br><br>To/Including: SAC Sallet, ASAC-NO, SSA-NO, UC-RMD, GOV'T INFO SPCLST-RMD, SC Hardy (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged and non-public information |

| AR000001808 | P,K,I | 03/16/2017 | From: ASAC-NO<br><br>To/Including: SAC Sallet, CDC-NO (ATTY), SSA-NO, CDC (ATTY), UC-RMD , SC Hardy (ATTY), GOV'T INFO SPCLST-RMD | Email chain re: letter from SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged and non-public information |
|---|---|---|---|---|
| AR000001820-<br>AR000001822 | P,K,I | 03/17/2017 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY), SSA-NO, ASAC-NO, UC-RMD, GOVT INFO SPCLST-RMD, SC Hardy (ATTY), ASC-RMD | Email chain re: letter from SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged and non-public information |
| AR000001824-<br>AR000001825 | P,K,I | 03/17/2017 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY), ASAC-NO, SSA-NO, GOVT INFO SPCLST-RMD, UC-RMD | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information |
| AR000001836-<br>AR000001839 | P,K,I | 03/17/2017 | From: UC-RMD<br><br>To/Including: ASC-RMD, CDC-NO (ATTY), ASAC-NO, GOVT INFO SPCLST-RMD, SC Hardy (ATTY), SAC Sallet | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information |
| AR000001848 | P,K,I | 03/17/2017 | From: CDC-NO (ATTY)<br><br>To/Including: ASC-RMD, UC-RMD, GOVT INFO SPCLST-RMD, SC Hardy (ATTY), SAC Sallet | Email chain re: letter from SA Zummer to the media, and discussing RMD response |
| AR000001940 | P,K | 08/16/2017 | From: SAC Sallet<br><br>To/Including: CDC-NO (ATTY) | Email chain forwarding August 16, 2016 email from SA Zummer to SAC Sallet and others, and discussing RMD response to draft letter from SA Zummer to Judge Engelhardt, including the need for FBI OGC guidance |

| AR000002163-AR000002164 | P,K,L,I, | 03/24/2017 | From: CDC-NO (ATTY)<br><br>To/Including: ASAC-NO | Email chain re: publication of letter from SA Zummer and need to remind him of prepublication obligations |
|---|---|---|---|---|
| AR000002178 AR000002179 | P,L,K | 04/09/2019 | From: AUSA-USALAE (ATTY),<br><br>To/Including: CDC-NO (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information |
| AR000002267 | P,L,K,I | 09/15/2016 | From: CDC-NO (ATTY)<br><br>To/Including: AUSAs-USALAE (ATTYs), CDC-NO (ATTY), USA Polite (ATTY), AGC-CLU (ATTY) | Email chain forwarding Judge Engelhardt's decision regarding communications from SA Zummer, and discussing future plans for legal case |
| AR000002277-AR000002279 | P,K,L,I | 08/12/2016 | From: SAC Sallet<br><br>To/Including: ASAC-NO, CDC-NO (ATTY) , DGC LitB Brower (ATTY), AGC-PCLU (ATTY) | Email chain re: letter drafted by SA Zummer to Judge Engelhardt and discussing RMD response including redactions of privileged or non-public information |
| AR000002282 | P,K,I,S | 11/28/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY), GOVT INFO SPCLST-RMD | Email re: letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including legal grounds for redactions and First Amendment issues |
| AR000002284, AR000002297, AR000002315 | P,I | 08/15/2016 | From: CDC-NO (ATTY)<br><br>To/Including: | Copy of letter drafted by SA Zummer's to Judge Engelhardt containing handwritten notes by CDC-NO (ATTY) discussing redactions to protect privileged or non-public information |
| AR000002323 | P,I,S | 03/16/2017 | From: UC-RMD<br><br>To/Including: CDC-NO (ATTY), ASC-RMD, GOVT INFO SPCLST-RMD, SC Hardy (ATTY) | Email forwarding letter drafted by SA Zummer to Judge Engelhardt, and discussing RMD response, including redactions of privileged or non-public information, and the effects of disclosure.  Also contains handwritten notes by CDC-NO (ATTY) discussing redactions |

| AR000002324 - AR000002333 | I | 03/16/2017 | From: UC-RMD<br><br>To/Including: CDC-NO (ATTY), ASC-RMD, GOVT INFO SPCLST-RMD, SC Hardy (ATTY) | Copy of letter from SA Zummer to Judge Engelhardt, contains highlights, and was sent as attachment to AR00002323 |
|---|---|---|---|---|
| AR000002334 | I,P, | 03/29/2017 | From: UC-RMD<br><br>To/Including: CDC-NO (ATTY), ASC-RMD, GOVT INFO SPCLST-RMD, SSA-NO, SC Hardy (ATTY) | Email forwarding draft responses to SA Zummer regarding prepublication process; contains handwritten notes by CDC-NO (ATTY) |
| AR000002405 - AR000002406 | P,L,K,I, | 04/29/2019 | From: CDC-NO (ATTY)<br><br>To/Including: GOVT INFO SPCLSTs-RMD, UC-IMD | Email chain forwarding August 14, 2019 email from SA Zummer to Director Wray, FBI.PREPUB, and SC Hardy, and discussing RMD response including redactions of privileged or non-public information |
| AR000002447 | P,K | 04/17/2019 | From: CDC-NO (ATTY)<br><br>To/Including: UC-RMD, GOVT INFO SPCLST-IMD, FBI.PREPUB mailbox | Email chain forwarding August 14, 2019 email from SA Zummer to Director Wray, FBI.PREPUB, and SC Hardy, and discussing RMD response including timeline |
| AR000002799 | P,K | 03/20/2019 | From: CDC-NO (ATTY)<br><br>To/Including: UC-IMD | Email chain re:  Handling of OIG draft reports |
| AR000002806 | P,K,I | 08/15/2016 | From: DGC LitB Brower (ATTY)<br><br>To/Including: CDC-NO (ATTY) | Email re: OGC legal analysis and recommendation, and discussing logistics for scheduling a call |
| AR000002815 | P,K | 03/24/2017 | From: CDC-NO (ATTY)<br><br>To/Including: ASAC-NO | Email chain re: letter drafted by SA Zummer to Judge Engelhardt and need to remind SA Zummer of prepublication obligations |

| AR000002865 | P,K | 08/11/2016 | From: ADC-NO (ATTY)<br><br>To/Including: CDC-NO (ATTY) | Email chain forwarding August 11, 2016 email chain from SA Zummer, and discussing appropriate FBI Division to respond to letter drafted by SA Zummer to Judge Engelhardt |
| --- | --- | --- | --- | --- |
| AR000002906-AR000002907 | P,K | 09/08/2016 | From: CDC-NO (ATTY)<br><br>To/Including: PAS-NO, ASAC-NO, SSA-NO | Email chain re: proper response to news outlet publicizing material received from SA Zummer |
| AR000002986-AR000002988 | P,K,I,L | 08/12/2016 | From: DOJ OIG (position unknown)<br><br>To/Including: SAC Sallet, CDC-NO (ATTY), ASAC-NO, AUSA-USALAE (ATTY) | Email chain re: effort by lawyer to subpoena letter from SA Zummer |
| AR000002994 | P,K,I,L | 05/31/2016 | From: CDC-NO (ATTY)<br><br>To/Including: AGC-PCLU (ATTY), UC-RMD, UC-PCLU (ATTY), AGC-ELU (ATTY), AGC-ILU (ATTY), DGC IALB Babcock (ATTY) | Email chain requesting legal advice re: response to letter drafted by SA Zummer to Judge Engelhardt |
| AR000003001 – AR000003003 | P,K,I,L,F | 05/31/2016 | From: CDC-NO (ATTY)<br><br>To/Including: SAC Sallet, UC-PCLU (ATTY), AGC-PCLU (ATTY), DGC IALB Babcock (ATTY), AGC-ILU (ATTY), AGC-ELU (ATTY) | Email chain forwarding OGC legal opinion regarding response to letter drafted by SA Zummer to Judge Engelhardt |
| AR000003056-AR000003057 | P,K,L, | 08/23/2016 | From: DGC LitB Brower (ATTY)<br><br>To/Including: CDC-NO (ATTY), SAC Sallet | Email chain re: developments in criminal litigation and discussing need for draft declaration for use in criminal litigation |
| AR00003060 | P,K,S | 08/30/2016 | From: ASC-RMD<br><br>To/Including: CDC-NO (ATTY) | Email forwarding draft responses to letter drafted by SA Zummer to Judge Engelhardt and corresponding request for media disclosure |

7

| AR000003068-AR000003069 | P,K, | 09/01/2016 | From: GOVT INFO SPCLST-RMD<br><br>To/Including: ASC-RMD, CDC-NO (ATTY) | Email chain re: declaration and forwarding misconduct letter |
|---|---|---|---|---|
| AR000003079 - AR000003083 | P,K,L,I | 09/12/2016 | From: SAC Sallet<br><br>To/Including: SAs-NO, ASAC-NO, UC-RMD, UC-ELU (ATTY), CDC-NO (ATTY) | Email chain forwarding language approved by FBI OGC for transmittal to SA Zummer |
| AR000003086 | P,K | 09/14/2016 | From: ASAC-NO<br><br>To/Including: CDC-NO(ATTY) | Email chain re: work assignment and forwarding September 14, 2016 email from SA Zummer |
| AR000003095-AR000003096 | P,K,I,L | 09/14/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASAC-NO, SSA-NO | Email chain forwarding government's draft legal memo and privilege log |
| AR000003136 | P,K,L,I | 09/16/2016 | From: ASAC-NO<br><br>To/Including: SAC Sallet, CDC-NO (ATTY), SSA-NO | Email chain forwarding materials prepared for the Deputy Director |
| AR000003138 - AR000003165 | P,K,L,I | 09/16/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASAC-NO, SAC Sallet | Emailed Attachment: timeline of events including reference to OGC legal advice, and including copy of legal brief filed in criminal proceeding by USALAE |
| AR000003211 | P,K,L, | 09/16/2016 | From: ASAC-NO<br><br>To/Including: SAC Sallet, CDC-NO (ATTY), SSA-NO | Email chain forwarding materials prepared for the Deputy Director |
| AR000003218 | P, L, K, I | 09/19/2016 | From: UC-ELU (ATTY)<br><br>To/Including: CDC-NO (ATTY), DGC LitB Brower (ATTY), AGC-CLU (ATTY) | Email regarding potential for protective order or private counsel non-disclosure agreement, and rendering opinion regarding private funding of litigation |

| AR000003319 -<br>AR000003320 | P,L,K,I | 01/03/2017 | From: SA-INSD<br><br>To/Including: ASAC-NO, SSA-NO, SA-INSD, MAPA-INSD, CDC-NO (ATTY) | Email chain re: SA Zummer's outside employment and response to subpoena |
|---|---|---|---|---|
| AR000003431-<br>AR000003432 | P,S,K,I | 10/01/2016 | From: CDC-NO (ATTY)<br><br>To/Including: ASAC-NO, SSA-NO, ASC-RMD | Email chain forwarding and discussing order issued in criminal proceeding |
| AR000003526 | P,K | 09/08/2016 | From: SAC Sallet<br><br>To/Including: DGC LitB Brower (ATTY), SSA-NO, ASAC-NO, CDC-NO (ATTY) AGC-CLU (ATTY), AUSA-USALAE (ATTY), PAS-NO | Email re: suitability for security clearance |

Acronym Key:

ADC: Associate Division Counsel
AGC: Assistant General Counsel
ASAC: Assistant Special Agent in Charge
ASC: Assistant Section Chief
ATTY: Indicates a designated attorney role
AUSA: Assistant United States Attorney
CDC: Chief Division Counsel
CLU: Civil Litigation Units, Litigation Branch, FBI OGC
DGC IALB: Deputy General Counsel, Investigative and Administrative Law Branch, FBI OGC
DGC LitB: Deputy General Counsel, Litigation Branch, FBI OGC
ELU: Employment Law Units, Litigation Branch, FBI OGC
FBI.PREPUB: E-mail address assigned to FBI's prepublication review program
GOVT INFO SPCLST: Government Information Specialist, employed in FBI RMD/IMD
ILU: Investigative Law Unit, Investigative and Administrative Law Branch, FBI OGC
IMD: Information Management Division (successor division to RMD)
INSD: FBI Inspection Division
OGC: FBI Office of the General Counsel
OIG: Department of Justice Office of the Inspector General
NO: Designates assignment to the FBI's New Orleans field office
MAPA: Management and Program Analyst
PAS: Public Affairs Specialist
PCLU: Privacy and Civil Liberties Unit, Investigative and Administrative Law Branch, FBI OGC
RMD: Records Management Division
SA: Special Agent
SAC: Special Agent in Charge
SC: Section Chief
SSA: Supervisory Special Agent
UC: Unit Chief
USA: United States Attorney
USALAE: United States Attorney's Office, Eastern District of Louisiana

FBI Deletion Codes Corresponding to Documents Listed in this Privilege Log:

I.   INFORMATION, THE DISCLOSURE OF WHICH WOULD DIVULGE OPINIONS, RECOMMENDATIONS, AND ADVICE GENERATED IN THE DECISION-MAKING PROCESS OF THE GOVERNMENT.

K.   INFORMATION PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE.

L.   INFORMATION OR MATERIAL PROTECTED UNDER THE WORK PRODUCT DOCTRINE.

P.   INFORMATION PROTECTED UNDER THE PRIVACY ACT OF 1974, 5 U.S.C. § 552A.

S.   PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.