UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL S. ZUMMER, | CIVIL ACTION NO. 17-7563 |
| Plaintiff, | SECTION: "J" (2) |
| v. | |
| | JUDGE: BARBIER |
| JEFFREY S. SALLET, ET AL., | |
| | MAGISTRATE: CURRAULT |
| Defendants. | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Seal ("Motion");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that ECF Doc. 108-8, *i.e.* Exhibit E to the Motion to Compel filed by Plaintiff on November 25, 2020, is accordingly sealed in its entirety, effectively immediately. The ECF Clerk is further directed to remove ECF Doc. 108-8 from the public record in this case.

New Orleans, Louisiana this 9th day of December, 2020.

_____
Donna Phillips Currault
United States Magistrate Judge

1